

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Aaron Michael Petton, Appellant

No. 06-19-00230-CR          v.

The State of Texas, Appellee

Appeal from the 294th District Court of Van Zandt County, Texas (Tr. Ct. No. CR17-00130).    Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's bill of costs and first judgment for aggravated sexual assault by deleting the restitution order and to reflect that no restitution is due.  As modified, we affirm the first judgment for aggravated sexual assault.  Because it is not the subject of any point of error in Petton's appeal, we also affirm the second judgment for aggravated sexual assault.

We note that the appellant, Aaron Michael Petton, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 13, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk